UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARGUERITE A. MILLER,**

                                  **CASE NO.: 8:16-cv-01957-CEH-JSS**

v.

**CREDIT ONE BANK, NATIONAL ASSOCIATION,**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Marguerite A. Miller, by and through undersigned counsel, hereby files this Notice of Settlement. By submission of this Notice, submitting counsel represents that this matter has settled in principle subject to final documentation and respectfully requests that any scheduled hearings be removed from the Court's calendar.

Dated:  January 31, 2018                         Respectfully Submitted,

                                                **CENTRONE & SHRADER, PLLC**
612 W. Bay Street
Tampa, FL 33606
Phone:  (813) 360-1529
Fax:    (813) 336-0832

/s/ Brian L. Shrader
**BRIAN L. SHRADER, ESQ.**
Florida Bar No.: 57251
e-mail: bshrader@centroneshrader.com
**GUS M. CENTRONE, ESQ.**
Florida Bar No.: 30151
e-mail: gcentrone@centroneshrader.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2018, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida Tampa Division, for filing and uploading to the CM/ECF system.

/s/ Brian L. Shrader
**Attorney**