UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARGUERITE A. MILLER,

    Plaintiff,

v.                                       Case No: 8:16-cv-1957-T-36JSS

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

**ORDER**

Before the Court is the Stipulation for Voluntary Dismissal with Prejudice (Doc. 26). In accord with the Stipulation for Voluntary Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulation for Voluntary Dismissal with Prejudice is **APPROVED** (Doc. 26).

    2)    This cause is dismissed, with prejudice.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on March 26, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record